UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREY GHOST GEAR OF CANADA LLC,<br>Plaintiff,<br>v.<br>KRYSTLE BOYCHUCK,<br>Defendant. | CASE NO. 3:26-cv-05713-DGE<br><br>ORDER DENYING AS MOOT MOTION TO DISMISS (DKT. NO. 8) |

This matter comes before the Court on its own review of the record. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading once as a matter of right no later than 21 days after service of a responsive pleading, or relevant here, 21 days after service of a motion under Federal Rule of Civil Procedure 12(b). On July 28, 2026, Defendant filed a motion to dismiss Plaintiff's complaint. (Dkt. No. 8.) On August 17, 2026, Plaintiff filed an amended complaint. (Dkt. No. 13.) On the same day, Plaintiff responded to the motion to dismiss the original complaint, requesting that the Court deny Defendant's motion as moot. (Dkt. No. 14 at 4–5.)

As Plaintiff's amended complaint supersedes its original complaint, the Court DENIES as moot Defendant's motion to dismiss (Dkt. No. 8) Plaintiff's original complaint (Dkt. No. 1). *See Valadez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011); *Umouyo v. Bank of America NA*, Case No. 2:22-cv-00704-JHC, 2022 WL 2392386, at *1 (W.D. Wash. July 1, 2022).

Dated this 19th day of August, 2026.

David G. Estudillo
United States District Judge